IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **12-cv-02699-JLK**

**AURORA LOAN SERVICES, LLC.,**

    Plaintiff,

v.

**UNITED STATES DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE,**

    Defendants.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Joint Motion to Dismiss (doc. #5), filed October 16, 2012, it is

**ORDERED** that the Motion is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorneys fees.

Dated: October 16, 2012

                                       BY THE COURT:

                                       *S/John L. Kane*
                                       JOHN L. KANE, SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT